UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SARA JASZCZYSZYN,<br>    Plaintiff,<br><br>-v-<br><br>ADVANTAGE HEALTH PHYSICIANS P.C.,<br>    Defendant. | No. 1:10-cv-155<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant Advantage Heath Physicians' motion for summary judgment, and having dismissed all counts in the complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Jaszczyszyn.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 11, 2011                                                  /s/ Paul L. Maloney
                                                                                               Paul L. Maloney
                                                                                               Chief, United States District Judge